THE CHICAGO AND ALTON RAILROAD COMPANY

*v.*

STATE OF ILLINOIS.

*Opinion filed December 11, 1916.*

DEMURRAGE—*railroad companies may charge.* In this claim the State concedes the right of claimant to recover demurrage charges. The Court follows the holding in *The Chicago and Alton Railway Company* v. *State of Illinois,* 2 Court of Claims Reports, 249.

Winston, Payne, Strawn and Shaw, for Claimant.

P. J. Lucey, Attorney General, for State.

Claimant filed a claim for two thousand seven hundred ninetyfive and 00/100 ($2,795.00) dollars, but on a hearing it was agreed between claimant and the attorneys for the State, that the amount due claimant was one thousand five hundred five and 00/100 ($1,505.00) dollars.

The State admits that claimant is entitled to an award for the latter amount. There is no controversy as to claimant's right to recover in this case; the identical question having been passed upon by this Court in re:

> *The Chicago and Alton Railway Company* v. *State of Illinois,* 2 Ct. of Cl. R. 249.

It is the judgment of the Court that claimant is entitled to an award amounting to one thousand five hundred five and 00/100 ($1,-505.00) dollars.